UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-62333-Civ-SCOLA/VALLE

ROLANDO ALVAREZ, et al.,
and on behalf of others similarly situated,

       Plaintiffs,

v.

GENERAL ELECTRIC COMPANY,
a New York corporation,

       Defendant.
_____/

## ORDER

THIS MATTER is before the court upon the Parties' Agreed Motion to Transfer Case, it is hereby:

**ORDERED AND ADJUDGED** that said Agreed Motion to Transfer is GRANTED. This action shall be transferred to the United States District Court for the District of New Jersey to be consolidated with the case styled, *Maddy, et al. v. General Electric Company,* Case No.: 14-cv-00490 (JEI-KMW).

The Clerk shall take all necessary steps to effectuate the transfer of this action.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of May, 2014.

                                                _____
                                                ROBERT N. SCOLA, JR.
                                                U.S. District Court Judge

Copies to:    Robert D. Soloff, Esquire
                    Alan Eichenbaum, Esquire
                    Aaron Reed, Esquire
                  Daniel B. Boatright, Esquire